# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138084

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL LORENZO ANTHONY,
      Defendant-Appellant.

SC: 138084
COA: 278577
Wayne CC: 06-014189-01

_____/

On order of the Court, the application for leave to appeal the November 20, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J. (*concurring*).

I concur, but write separately to acknowledge the merit in defendant's claim that he was improperly assessed 25 points for OV 13 (continuing pattern of criminal behavior) because his most recent offense was committed ten years before the instant offense. *People v Francisco,* 474 Mich 82, 87 (2006) (only crimes committed within a five-year period are considered for the purposes of OV 13). Nonetheless, trial counsel expressed satisfaction with the inaccurate score that rendered defendant's sentence a 12½-year upward departure from the range that would have resulted from an accurate score. In his application, defendant does not properly raise the claim that trial counsel was ineffective for failing to correct this scoring error. See *People v Kimble,* 470 Mich 305, 314 (2004). If there is to be relief, it must come in response to a motion for relief from judgment. MCR 6.508(D).

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2009

_____
Clerk

d1124